**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BRENT HIXSON, )<br>  Plaintiff                                 )<br>                                       )<br>VS.                                    )<br>                                       )<br>CACH, LLC,                   )<br>  Defendant                     ) | CIVIL ACTION:<br>NO.: 3:16-CV-01417 (CSH)<br><br><br><br><br>JANUARY 12, 2017 |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, Brent Hixson, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant.

Dated: Hartford, Connecticut
        January 12, 2017

                                      THE PLAINTIFF,
                                      BRENT HIXSON

                                      BY:          /s/
                                                      Roderick D. Woods, Esq.
                                                      The Woods Law Firm, LLC
                                                      100 Pearl Street
                                                      14th Floor
                                                      Hartford, Connecticut 06103
                                                      Federal Bar #ct29447
                                                      Attorney for the Plaintiff

CERTIFICATION

I hereby certify that on January 12, 2017, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                          /s/
                                    Roderick D. Woods, Esq.
                                    The Woods Law Firm, LLC
                                    100 Pearl Street
                                    14th Floor
                                    Hartford, Connecticut 06103
                                    Federal Bar #ct29447
                                    Attorney for the Plaintiff